IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEKSEI SERGEYEVICH MORENETS<br>EVGENII MIKHAYLOVICH SEREBRIAKOV<br>IVAN SERGEYEVICH YERMAKOV<br>ARTEM ANDREYEVICH MALYSHEV<br>DMITRIY SERGEYEVICH BADIN<br>OLEG MIKHAYLOVICH SOTNIKOV<br>ALEXEY VALEREVICH MININ | Criminal No. 18-263<br><br>[UNDER SEAL]<br><br>**FILED**<br>OCT 03 2018<br>CLERK U.S. DISTRICT COURT<br>WEST. DIST. OF PENNSYLVANIA |

ORDER

AND NOW, to wit, this 3rd day of October, 2018, upon consideration of the Motion for Arrest Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that Arrest Warrants shall be issued for the apprehension of defendants ALEKSEI SERGEYEVICH MORENETS, EVGENII MIKHAYLOVICH SEREBRIAKOV, IVAN SERGEYEVICH YERMAKOV, ARTEM ANDREYEVICH MALYSHEV, DMITRIY SERGEYEVICH BADIN, OLEG MIKHAYLOVICH SOTNIKOV, and ALEXEY VALEREVICH MININ.

Bond shall be set by the United States Magistrate Judge.

_____
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney